**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-2144

MELVIN LEWIS COSELY,

Plaintiff - Appellant,

versus

E. I. DUPONT DE NEMOURS AND COMPANY, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-96-1022-3)

Submitted: February 26, 1998          Decided: March 16, 1998

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Melvin Lewis Cosely, Appellant Pro Se. Dana Lewis Rust, Maria Christine Klein, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to the Defendant on his employment discrimination action. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Cosely v. E. I. DuPont De Nemours and Co., Inc.</u>, No. CA-96-1022-3 (E.D. Va. July 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>